# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2015

*The Court of Appeals hereby passes the following order*

**A15D0208. TAMMY CARLISLE v. U.S. BANK AS TRUSTEE FOR TBW MORTGAGE BACKED TRUST SERIES 2006-6.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2013CV04128



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, January 15, 2015.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.